IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID W. WILSON,

      Plaintiff,                      No. CIV S-07-1558 WBS GGH P

    vs.

SUZAN L. HUBBARD, et al.,

      Defendants.               ORDER

_____/

        On February 11, 2008, the court found that plaintiff's amended complaint stated a colorable claim for relief and ordered plaintiff to submit the forms necessary to effect service. On February 25, 2008, plaintiff submitted these forms. On March 26, 2008, the court ordered the U.S. Marshal to serve defendants.

        On March 3, 2008, plaintiff filed a second amended complaint. Plaintiff did not file a motion in support of the amended complaint setting forth the grounds on which he seeks to amend. See Fed. R. Civ. P. 15(a)(a party may amend their complaint once as a matter of course before being served with a responsive pleading). For this reason, the amended complaint is stricken.

/////

/////

1

1 Accordingly, IT IS HEREBY ORDERED that plaintiff's March 3, 2008, amended
2 complaint is stricken.
3 DATED: 05/13/08

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

wil1558.ord