IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID W. WILSON,

      Plaintiff,                    No. CIV S-07-1558 WBS GGH P

    vs.

SUZAN L. HUBBARD, et al.,

      Defendants.               DISCOVERY ORDER

_____/

        Defendants Barajas, Hubbard, Hudnall, Kernan, Veal, and Wann have answered the amended complaint. Pursuant to Federal Rules of Civil Procedure 1, 16, and 26-36, discovery shall proceed as follows:

        1. Discovery requests shall be served by the parties pursuant to Federal Rule of Civil Procedure 5 and Local Rule 5-135 and shall only be filed when required by Local Rules 30-250(a), 33-250(c), 34-250(c) and 36-250(c);

        2. Responses to written discovery requests shall be due forty-five days after the request is first served;

        3. Pursuant to Federal Rule of Civil Procedure 30(a), defendants may depose plaintiff and any other witness confined in a prison upon condition that, at least fourteen days

/////

1

1  before such a deposition, defendants serve all parties with the notice required by Fed. R. Civ. P.
2  30(b)(1); and
3      4.  If disputes arise about the parties' obligations to respond to requests for
4  discovery, the parties shall comply with all pertinent rules including Rules 5, 7, 11, 26, and 37 of
5  the Federal Rules of Civil Procedure and Rules 5-134, 5-135, 6-136, 7-130, 7-131, 11-110, 43-
6  142, and 78-230(m) of the Local Rules of Practice for the United States District Court, Eastern
7  District of California; unless otherwise ordered, Local Rule 37-251 shall not apply.  Filing of a
8  discovery motion that does not comply with all applicable rules may result in imposition of
9  sanctions, including but not limited to denial of the motion.

DATED: 07/17/08

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:dd
wils1558.440