IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID W. WILSON,

      Plaintiff,                    No. CIV S-07-1558 WBS GGH P

    vs.

SUZAN L. HUBBARD, et al.,

      Defendants.           <u>ORDER</u>

                              /

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On September 4, 2008, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Plaintiff has filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed September 4, 2008, are adopted in full;

2. The motion to dismiss for failure to state a claim pursuant to Fed. R Civ. P. 12(b)(6) filed May 30, 2008, on behalf of defendants Haws and Moore is granted;

3. The complaint is dismissed as against defendants Haws and Moore; and

4. Plaintiff is given 30 days from the date of this order to file an Amended Complaint consistent with the Magistrate Judge's September 4, 2008 findings and recommendations.

DATED: November 10, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE