IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID W. WILSON,

       Plaintiff,                        No. CIV S-07-1558 WBS GGH P

   vs.

SUZAN HUBBARD, et al.,

       Defendants.               ORDER

_____/

       On November 12, 2008, the district court granted plaintiff thirty days to file a second amended complaint consistent with the September 4, 2008, findings and recommendations. On December 5, 2008, plaintiff filed a second amended complaint. Named as defendants are previously named defendants Hubbard, Kernan, Barajas, Hudnall, Veal and Wann. Newly named as defendants in the December 5, 2008, second amended complaint are Sterling O'Ran, N. Grannis and D.L. Porter.

       The claims in the second amended complaint against defendants Hubbard, Kernan, Barajas, Hudnall, Veal and Wann are substantially similar to those made in the first amended complaint. Accordingly, these defendants are ordered to file a response to the second amended complaint within twenty days of the date of this order. Defendants may proceed on the answer filed May 29, 2008, if they choose.

1       The second amended complaint states a cognizable claim for relief pursuant to 42
2 U.S.C. § 1983 and 28 U.S.C. § 1915A(b) as to defendants O'Ran, Grannis and Porter.  If the
3 allegations of the second amended complaint are proven, plaintiff has a reasonable opportunity to
4 prevail on the merits of this action.
5       In accordance with the above, IT IS HEREBY ORDERED that:
6       1.  Within twenty days of the date of this order, defendants Hubbard, Kernan,
7 Barajas, Hudnall, Veal and Wann shall file a response to the second amended complaint.
8       2.  Service is appropriate for the following defendants: O'Ran, Grannis and
9 Porter.
10       3.  The Clerk of the Court shall send plaintiff 3 USM-285 forms, one summons,
11 an instruction sheet and a copy of the second amended complaint filed December 5, 2008.
12       4.  Within thirty days from the date of this order, plaintiff shall complete the
13 attached Notice of Submission of Documents and submit the following documents to the court:
14       a.  The completed Notice of Submission of Documents;
15       b.  One completed summons;
16       c.  One completed USM-285 form for each defendant listed in number 3
17       above; and
18       d.  Four copies of the endorsed second complaint filed December 5, 2008.
19       5.  Plaintiff need not attempt service on defendants and need not request waiver of
20 service.  Upon receipt of the above-described documents, the court will direct the United States
21 Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4
22 without payment of costs.
23 DATED: December 19, 2008

                  /s/  Gregory G. Hollows
24                   _____
                  UNITED STATES MAGISTRATE JUDGE
25
26 will1558.ord

|   |   |
|---|---|
| | IN THE UNITED STATES DISTRICT COURT |
| | FOR THE EASTERN DISTRICT OF CALIFORNIA |

DAVID W. WILSON,

     Plaintiff,                                        No. CIV S-07-1558 WBS GGH P

     vs.

SUZAN L. HUBBARD, et al.,            <u>NOTICE OF SUBMISSION</u>

     Defendants.                            <u>OF DOCUMENTS</u>

_____/

     Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

          ____ completed summons form

          ____ completed USM-285 forms

          ____ copies of the _____
                                  Complaint/Amended Complaint

DATED:

                                             _____
                                           Plaintiff