IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID W. WILSON,

       Plaintiff,                    No. CIV S-07-1558 WBS GGH P

    vs.

SUZAN HUBBARD, et al.,

       Defendants.             FINDINGS & RECOMMENDATIONS

_____/

        Plaintiff is a state prisoner proceeding pro se. On October 16, 2009, the Honorable William B. Shubb granted defendants' motion to revoke plaintiff's in forma pauperis status. Judge Shubb ordered plaintiff to pay the filing fee within thirty days. Thirty days passed and plaintiff did not pay the filing fee. Accordingly, the court recommends that this action be dismissed.

        Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed. See Local Rule 11-110; Fed. R. Civ. P. 41(b).

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate

1

1 Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections

2 within the specified time may waive the right to appeal the District Court's order.

3 DATED: December 15, 2009

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

8 wil1558.dis